Andrew K. Alper, (State Bar No. 088876)
aalper@frandzel.com
Hal D. Goldflam, (State Bar No. 179689)
hgoldflam@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Plaintiffs COMMERCIAL
CREDIT GROUP INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

| | |
|---|---|
| COMMERCIAL CREDIT GROUP INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED CARGO LINE, INC., a California corporation,<br><br>Defendant. | Case No. 19-cv-00244-PA(SHKx)<br><br>**ORDER ON COMMERCIAL CREDIT GROUP INC.'S NOTICE AND REQUEST FOR VOLUNTARY DISMISSAL OF COMPLAINT WITHOUT PREJUDICE PURSUANT TO FRCP RULE 41(a)**<br><br>[No Hearing Date] |

Pursuant to the Notice and Request for Voluntary Dismissal of Complaint without Prejudice filed by Plaintiff, Commercial Credit Group Inc. on June 12, 2019, the Court hereby orders above-entitled action DISMISSED without prejudice.

DATED: June 13, 2019     By: _____
                              Hon. Percy Anderson
                              United States District Court Judge